# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELVIA MORRIS and JEREMY BRANTLEY, as Executor of the Estate of Harry Mearl Miller, Jr.,<br><br>    Defendant.<br><hr>MELVIA MORRIS,<br><br>    Counter-Claimant,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Counter-Defendant. | CV 220-088 |

## ORDER

On November 10, 2020, Plaintiff/Counter-Defendant Unum Life Insurance Company of America ("Unum") notified the Court that it wished to dismiss all claims it had asserted against Defendant Jeremy Brantley, named as a defendant in his capacity as Executor of the Estate of Harry Mearl Miller, Jr.  On November 20, 2020, the remaining parties, Unum and Defendant/Counter-Claimant Melvia Morris notified the Court that they had reached

a settlement of this matter. Dkt. No. 15. Accordingly, the Court **STAYS** this case through January 30, 2021 in order for the parties to consummate settlement. The parties are **ORDERED** to file a status report or a stipulation of dismissal by that date.

    **SO ORDERED**, this _30_ day of November, 2020.

                                            HON. LISA GODBEY WOOD, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA